IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JAMIE ROSS, | ◊ |
| Plaintiff, | ◊ |
| vs. | ◊  No. 09-1273-JDB/egb |
| PICTSWEET CO., | ◊ |
| Defendant. | ◊ |

ORDER DENYING MOTION TO SUPPORT COMPLAINT WITH EXHIBITS
(DOCKET ENTRY 13)

On December 17, 2009, Plaintiff Jamie Ross, a resident of Humboldt, Tennessee, filed a _pro se_ complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e _et seq._ (Docket Entry ("D.E." 1). On February 12, 2010, Defendant, Pictsweet Co., filed an answer to the complaint. (D.E. 9.)

The Court's initial order entered in this case on January 7, 2010, stated, in part:

> It is ORDERED that Ross shall serve a copy of every further document filed in this cause on the attorney for Defendant. He shall make a certificate of service on every document filed. Plaintiff shall familiarize himself with the Federal Rules of Civil Procedure and the local rules of this Court.
>
> Plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these

requirements, or any other order of the Court, may result in this case being dismissed without further notice.

(D.E. 6 at 2.)

On March 10, 2010, Plaintiff filed a motion to support his complaint with exhibits. (D.E. 13.) The motion does not comply with Local Rule 7.2(a)(1) because it does not contain a certificate of service. The motion also does not comport with Local Rule 7.2(a)(1)(B) which requires that

> [a]ll motions . . . shall be accompanied by a certificate of counsel affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion. Failure to attach an accompanying certificate of consultation may be deemed good grounds for denying the motion.

Therefore, the motion (D.E. 13) is DENIED. Plaintiff is again directed to familiarize himself with the Federal Rules of Civil Procedure and the local rules of this Court.

IT IS SO ORDERED this 4th day of January, 2011.

                                      s/ J. DANIEL BREEN
                                      UNITED STATES DISTRICT JUDGE